# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITH WHITE,<br><br>          Plaintiff,<br><br>     v.<br><br>BURTON, et al.,<br><br>          Defendants. | Case No.: 2:14-cv-00930-RFB-PAL<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE** |

Before the Court for consideration is the Report and Recommendation (ECF No. 6) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered December 30, 2014.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

Pursuant to Local Rule IB 3-2(a), objections were due by January 13, 2015. No objections have been filed.  The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation(s)  that this action be dismissed with prejudice for failure to state a claim upon which relief can be granted.

Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 6) is **ACCEPTED and ADOPTED in full.**

**IT IS ORDERED** that this case is dismissed with prejudice.

**IT IS ORDERED** that the Clerk of Court shall mail a copy of this Order to Plaintiff Keith White, #625011 Clark County Detention Center, 330 South Casino Center, Las Vegas, NV 89101.

**The Clerk shall enter judgment accordingly and close this case.**

**DATED** this 11th day of March, 2015.

_____
**RICHARD F. BOULWARE, II.**
**United States District Court Judge**